**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

                                                           **CASE NO. 09-21390**

**MARY ANN FISHER**

                                                           **CHAPTER 13**

**DEBTOR(S)**                                              **Judge William S. Howard**

## FIRST INTERIM APPLICATION FOR COMPENSATION

     COMES NOW Michael B. Baker, Applicant, and pursuant to 11 U.S.C. 330, makes application for compensation for services rendered in the above styled case. Applicant submits that the services provided to the Debtor by counsel have resulted in an Amended Plan for which confirmation is likely.

     For his services, Applicant charges an hourly rate of $200.00 per hour. The services detailed in the attached Exhibit A total 19.50 hours at a rate of $200.00 per hour, and 0.20 hours at a rate of $45.00 per hour, for total fees of $3,909.00. The charges also include $87.26 in out of pocket expenses incurred on behalf of the Debtor. To date, Applicant has not received any compensation for the services outlined in this Application.

     Counsel submits that the rates charged are reasonable and customary for similarly situated attorneys in the area. Applicant has not entered into any fee sharing agreements except with members of his own firm, and his former firm, Ziegler & Schneider, P.S.C. The case at hand originated at a time before counsel switched firms. Applicant and Ziegler & Schneider, P.S.C. have entered into an agreement regarding the allocation of fees earned during applicant's employment with his former firm. Applicant, his current firm, or any member of his former firm, do not represent any party adverse to the Debtors, or the estate. Applicant, his current firm,

and his former firm, all qualify as disinterested parties as contemplated by the Bankruptcy Code.

Applicant submits that the Debtor has proposed a plan that is the result of a negotiated agreement with the Chapter 13 Trustee's office. The plan is likely to be confirmed without the need of future modification or amendment. The case at hand required counsel to conduct research regarding areas of first impression in this District with respect to the new Code. All of the services rendered to the Debtor were necessary for an effective representation of the Debtor.

WHEREFORE, Applicant prays for an order allowing compensation in the amount of $3,909.00 and $87.26 for reimbursement of out of pocket expenses.

### NOTICE

Please take notice that unless written objection is filed within 20 days from the date of this notice, the Court may enter an order granting the relief requested without further hearing. Any objection shall be filed in writing with the United States Bankruptcy Clerk, P.O. Box 1111, Lexington, Kentucky 40588. Any objection filed shall be set for hearing before the United States Bankruptcy Court at the next available motion docket at 35 West 5th Street, Room 306, Covington, Kentucky.

Respectfully submitted,

/s/ Michael B. Baker
Michael B. Baker (91890)
THE BAKER FIRM, PLLC
6900 Houston Road
Bldg. 600, Suite 16
Florence, KY 41042
(859) 647-7777
Fax: (859) 647-7799
mbaker@bakerlawky.com

### CERTIFICATION OF SERVICE

The undersigned hereby certifies that on October 30, 2009 a copy of the foregoing was served either by regular U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

Beverly Burden, Trustee
The United States Trustee
Mary Ann Fisher
All parties listed on the Court's Mailing Matrix.

                                                                  /s/ Michael B. Baker
                                                                 Michael B. Baker (91890)