**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

**MARY ANN FISHER**

**DEBTOR(S)**

**CASE NO. 09-21390**
**CHAPTER 13**
**Judge Tracey N. Wise**

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW the Debtor, by and through counsel, and respectfully moves this Court to allow her to suspend her plan payments for the months of November and December 2010. The Debtor has simultaneously filed a Motion to Modify her plan which proposes to cure the requested suspension.

Since the time of confirmation, the Debtor has had to undergo significant dental work and expended approximately $12,000.00. Most of the funds used to pay her dental bills have come from increasing her annual contributions to her employer's 125 plan from 0.00 per month at the time of confirmation, to $500.00 a month. In addition, it is estimated that the Debtor will require an additional $15,400.00 worth of dental work to fully remediate her dental issues. The Debtor will continue to have to fund her 125 plan at the level of $5000.00 annually for the foreseeable future in order to fund said treatments. None of the dental work is cosmetic in nature, and all of it is medically necessary for the Debtor's health. The continuation of the $500.00 reduction in the Debtor's income has paced a significant financial strain on the Debtor's household income.

The Debtor proposes suspending her payments for two months to allow time for her proposed modification to take effect. The Debtor submits that any arrearage in her plan payments will be cured by the proposed modification in light of the additional financial burden placed upon the Debtor.

      Respectfully submitted,

      /s/ Michael B. Baker
Michael B. Baker (91890)
THE BAKER FIRM, PLLC
6900 Houston Road
Bldg. 600, Suite 16
Florence, KY 41042
(859) 647-7777
Fax: (859) 647-7799
mbaker@bakerlawky.com

## NOTICE

Please take notice that unless written objection is filed within 15 days from the date of this notice, the Court may enter an order granting the relief requested without further hearing. Any objection shall be filed in writing with the United States Bankruptcy Clerk, P.O. Box 1111, Lexington, Kentucky 40588. Any objection filed shall be set for hearing before the United States Bankruptcy Court at the next available motion docket at 35 West 5th Street, Room 306, Covington, Kentucky.

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on October 29, 2010 a copy of the foregoing was served either by regular U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

Beverly Burden, Trustee
The United States Trustee
Mary Ann Fisher
All parties listed on the Court's Mailing Matrix.

      /s/ Michael B. Baker
Michael B. Baker (91890)