**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

**MARY ANN FISHER**

**DEBTOR(S)**

**CASE NO. 09-21390**
**CHAPTER 13**
**Judge Tracey N. Wise**

## ORDER SUSTAINING MOTION TO SUSPEND PLAN PAYMENTS

      The Debtor has moved this Court for an order allowing her to suspend her Chapter 13 plan payments for the months of November and December 2010. She has simultaneously moved the Court to modify her plan payments and reduce them due to economic hardship resulting from medical bills.   The Court in all ways being sufficiently advised;

      IT IS HEREBY ORDERED AND ADJUDGED, that the Debtor's motion is sustained. The Debtor shall resume her Chapter 13 plan payment in January 2011.

Pursuant to Local Rule 9022-1(c), Michael B. Baker, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within 14 days hereof, including the following:

Beverly Burden, Trustee
Debtor