**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

                                             CASE NO. 09-21390

**MARY ANN FISHER**                            **CHAPTER 13**
                                             **Judge Tracey N. Wise**

**DEBTOR(S)**

## MOTION TO MODIFY PLAN

      COMES NOW the Debtor, by and through counsel, and respectfully moves this Court to modify her monthly plan payment pursuant 11 U.S.C. 1329.

      Since the time of confirmation, the Debtor has had to undergo significant dental work and expended approximately $12,000.00. Most of the funds used to pay her dental bills have come from increasing her annual contributions to her employer's 125 plan from 0.00 per month at the time of confirmation, to $500.00 a month. Said treatments have already placed a financial strain on the household expenses. In addition, it is estimated that the Debtor will require an additional $15,400.00 worth of dental work to fully remediate her dental issues. The Debtor will continue to have to fund her 125 plan at the level of $5000.00 annually for the foreseeable future in order to fund said treatments. None of the dental work is cosmetic in nature, and all of it is medically necessary for the Debtor's health.

      Over the life the plan, the expenses will significantly reduce the Debtor's projected disposable income. As such, the Debtor requests that beginning with her January 2011 payment, her monthly plan payment be reduced to $250.00 per month for the remainder of the plan, and deem said payments sufficient to cure any suspended payments, due to the Debtor's changed circumstances.

                                                 Respectfully submitted,

                                                 /s/ Michael B. Baker
                                              Michael B. Baker (91890)
                                              THE BAKER FIRM, PLLC
                                              6900 Houston Road
                                              Bldg. 600, Suite 16
                                              Florence, KY 41042
                                              (859) 647-7777
                                              Fax: (859) 647-7799
                                              mbaker@bakerlawky.com

NOTICE

Please take notice that unless written objection is filed within 21 days from the date of this notice, the Court may enter an order granting the relief requested without further hearing. Any objection shall be filed in writing with the United States Bankruptcy Clerk, P.O. Box 1111, Lexington, Kentucky 40588. Any objection filed shall be set for hearing before the United States Bankruptcy Court at the next available motion docket at 35 West 5th Street, Room 306, Covington, Kentucky.

CERTIFICATION OF SERVICE

The undersigned hereby certifies that on October 29, 2010 a copy of the foregoing was served either by regular U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

Beverly Burden, Trustee
The United States Trustee
Mary Ann Fisher
All parties listed on the Court's Mailing Matrix.

  /s/ Michael B. Baker
Michael B. Baker (91890)